**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Francisco J. Rolon (admitted *pro hac vice*)
  francisco@gutridesafier.com
10 Glendale Parkway, Suite 130
Atlanta, GA 30328
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*

**FOLEY & LARDNER LLP**
Erik K. Swanholt (State Bar No. 198042)
  eswanholt@foley.com
Anum Amin (State Bar No. 319662)
  aamin@foley.com
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
Telephone: (213) 972-4500
Facsimile: (213) 486-0065

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE MEZA, on behalf of herself, the general public, and those similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>COTY, INC.,<br><br>        Defendant. | Case No. 5:22-cv-05291-NC<br><br>**JOINT STATEMENT RE SETTLEMENT**<br><br>Magistrate Judge Nathanael M. Cousins |

Antoinette Meza ("Plaintiff Meza") and Coty Inc. ("Defendant," collectively the "Parties"), submit this Joint Statement regarding settlement and dismissal pursuant to the Court's June 10, 2024 Order (Dkt. Nos. 71.)

. **Settlement and Dismissal**

The Parties have fully executed a settlement agreement. Pursuant to the terms of the agreement, the Parties anticipate filing a stipulation to dismiss the case on or before July 10, 2024.

Dated: June 21, 2024.

| | |
|---|---|
| **GUTRIDE SAFIER LLP** | **FOLEY & LARDNER LLP** |
| */s/ Hayley Reynolds /s/* | */s/ Erik Swanholt /s/* |
| Seth A. Safier (State Bar No. 197427)<br>   seth@gutridesafier.com<br>Marie A. McCrary (State Bar No. 262670)<br>   marie@gutridesafier.com<br>Hayley Reynolds (State Bar No. 306427)<br>   hayley@gutridesafier.com<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 639-9090<br>Facsimile:  (415) 449-6469<br><br>Francisco J. Rolon (admitted *pro hac vice*)<br>   francisco@gutridesafier.com<br>10 Glendale Parkway, Suite 130<br>Atlanta, GA 30328<br>Telephone: (415) 639-9090<br>Facsimile:  (415) 449-6469<br><br>*Attorneys for Plaintiff* | Erik K. Swanholt (State Bar No. 198042)<br>   eswanholt@foley.com<br>Anum Amin (State Bar No. 319662)<br>   aamin@foley.com<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2418<br>Telephone: (213) 972-4500<br>Facsimile:  (213) 486-0065<br><br>*Attorneys for Defendant* |

## ATTESTATION OF CONCURRENCE IN FILING

In accordance with the Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.

Dated: June 21, 2024

**GUTRIDE SAFIER LLP**

*/s/ Hayley Reynolds /s/*
Hayley Reynolds
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*