**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Francisco J. Rolon (admitted *pro hac vice*)
  francisco@gutridesafier.com
10 Glendale Parkway, Suite 130
Atlanta, GA 30328
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*

**FOLEY & LARDNER LLP**
Erik K. Swanholt (State Bar No. 198042)
  eswanholt@foley.com
Anum Amin (State Bar No. 319662)
  aamin@foley.com
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
Telephone: (213) 972-4500
Facsimile: (213) 486-0065

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE MEZA, CHELSEA GARLAND, MARY BROWN, AND DANIELLE SANTILLI, on behalf of themselves, the general public, and those similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>COTY, INC.,<br><br>    Defendant. | Case No. 5:22-cv-05291-NC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Antoinette Meza Chelsea Garland, Mary Brown, and Danielle Santilli, and Defendant Coty Inc. hereby stipulate to the voluntarily dismissal of all claims in this action with prejudice as to their claims and without prejudice to putative class members' claims. Each party shall bear its own attorneys' fees and costs.

///

///

///

Dated: June 6, 2024

| | |
|---|---|
| **GUTRIDE SAFIER LLP** | **FOLEY & LARDNER LLP** |
| */s/Seth Safier/s/* | */s/Erik K. Swanholt/s/* |
| Seth A. Safier (State Bar No. 197427) | Erik K. Swanholt (State Bar No. 198042) |
| seth@gutridesafier.com | eswanholt@foley.com |
| Marie A. McCrary (State Bar No. 262670) | Anum Amin (State Bar No. 319662) |
| marie@gutridesafier.com | aamin@foley.com |
| Hayley Reynolds (State Bar No. 306427) | 555 South Flower Street, Suite 3300 |
| hayley@gutridesafier.com | Los Angeles, CA 90071-2418 |
| 100 Pine Street, Suite 1250 | Telephone: (213) 972-4500 |
| San Francisco, CA 94111 | Facsimile: (213) 486-0065 |
| Telephone: (415) 639-9090 | |
| Facsimile: (415) 449-6469 | *Attorneys for Defendant* |

Francisco J. Rolon (admitted *pro hac vice*)
  francisco@gutridesafier.com
10 Glendale Parkway, Suite 130
Atlanta, GA 30328
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*